```
            UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA
                  U.S. COURTHOUSE
               INDEPENDENCE MALL WEST
                  601 MARKET STREET
              PHILADELPHIA, PA 19106-1797
```

July 23, 2002

Arthur B. Jarrett, Esq.
Jonathan J. James, Esq.
Stephen Girard Bldg.
9th floor
21 S. 12th Street
Philadelphia, PA 19107

                         RE: Harry Kay v. Independence Blue Cross
                         CIVIL ACTION NO. 02-3157

Dear Counsel:

       A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

       In order to eliminate a delay in bringing this case to trial, service must be made by **September 22, 2002,** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

                                       Very truly yours,

                                       Constantine S. Flores
                                       Deputy Clerk to Judge Robreno

Civ. 22