IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY KAY | CIVIL ACTION |
| VS. | NO. 02-3157 |
| INDEPENDENCE BLUE CROSS | |

### ORDER

AND NOW, this 27th day of SEPTEMBER, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Eduardo C. Robreno to the Honorable Berle M. Schiller.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court