IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Harry Kay, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 02-CV-3157 |
| v. | : | |
| | : | |
| Independence Blue Cross, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Steven R. Wall of Morgan, Lewis & Bockius, LLP on behalf of Defendant Independence Blue Cross in the above-captioned action.

_____
Steven R. Wall (#39012)
Amanda D. Haverstick (#85069)
Pam R. Jenoff (#87821)
1701 Market St.
Philadelphia, PA 19103
215.963.4928/5377/5546

Attorneys for Defendant

Dated: October 21, 2002

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Entry of Appearance was served by U.S. mail, postage pre-paid, this 21st day of October 2002, upon the following:

>Jonathan J. James, Esquire
>Arthur B. Jarrett, Esquire
>Stephen Girard Building
>9th Floor
>21 South 12th Street
>Philadelphia, Pennsylvania 19107
>
>Attorneys for Plaintiff

_____
Pam R. Jenoff