IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY KAY | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| INDEPENDENCE BLUE CROSS | : NO. 02-CV-3157 |

ORDER

AND NOW, this       day of April, 2003, it is hereby **ORDERED** that **oral argument** is scheduled before the Honorable Berle M. Schiller for **Wednesday, April 30, 2003 at 10:00 A.M.** in **Courtroom 5C**. Counsel shall address defendant's Motion for Summary Judgment.

BY THE COURT:

_____
Berle M. Schiller, J.