IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harry Kay,<br><br>    Plaintiff,<br><br>v.<br><br>Independence Blue Cross,<br><br>    Defendant. | :<br>:<br>:<br>:   Civil Action No. 02-CV-3157<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Please enter the appearance of Jill E. Jachera of Morgan, Lewis & Bockius, LLP on behalf of Defendant Independence Blue Cross in the above-captioned action.

                        Steven R. Wall (#39012)
                        Jill E. Jachera (46414)
                        Amanda D. Haverstick (#85069)
                        Pam R. Jenoff (#87821)
                        1701 Market St.
                        Philadelphia, PA 19103
                        215.963.4928/5377/5546

                        Attorneys for Defendant

Dated: April 22, 2003

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Entry of Appearance was served by U.S. mail, postage pre-paid, this 23rd day of April 2003, upon the following:

Jonathan J. James, Esquire
Arthur B. Jarrett, Esquire
Stephen Girard Building, 9th Floor
21 South 12th Street
Philadelphia, Pennsylvania 19107

Attorneys for Plaintiff

_____
Steven R. Wall