IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY KAY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | No. 02-3157 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **30th** day of **April, 2003**, following oral argument on Defendant Independence Blue Cross's motion for summary judgment, it is hereby **ORDERED** that:

The parties shall have until Tuesday, **May 6, 2003** to file supplemental memoranda of law addressing the issues raised at oral argument.

                                                          **BY THE COURT:**

                                                          _____

                                                          **Berle M. Schiller, J.**