IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRY KAY

                                                  02-3157
                                                  District Court Docket Number

      vs.

INDEPENDENCE BLUE CROSS

Notice of Appeal Filed <u>6/2/03</u>
Court Reporter(s)/ESR Operator(s)       <u>ESR</u>

Filing Fee:
       Notice of Appeal  __Paid  _X_Not Paid   __Seaman
       Docket Fee        __Paid  _X_Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

                                                  Defendant's Address (for criminal appeals)

                                                  Prepared by : _____
                                                         JOE LAVIN,Deputy Clerk Signature/Date

             PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm