## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Harry Kay,                              :
                                        :
              Plaintiff,           :
                                        :       Civil Action No. 02-CV-3157
     v.                       :
                                        :
Independence Blue Cross,                :
                                        :
           Defendant.           :

## RESPONSE OF DEFENDANT INDEPENDENCE BLUE CROSS TO
## PLAINTIFF'S OPPOSITION TO DEFENDANT'S BILL OF COSTS

      Defendant Independence Blue Cross, by its attorneys, hereby responds to Plaintiff's Opposition to Defendant's Bill of Costs in the above-captioned matter.

      1.      On May 16, 2003, the Court granted Defendant's Motion for Summary Judgment on all counts of Plaintiff's Complaint. A true and correct copy of the Court's Order is attached hereto as Exhibit A.

      2.      On May 27, 2003, Defendant filed its Bill of Costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920, seeking a total of four thousand five hundred fifty-four dollars and eighty-nine cents ($4,554.89) in costs, including three thousand four hundred eighty-two dollars and seventy-nine cents ($3,482.79) for fees of the court reporter for transcripts necessarily obtained for use in this case, and one thousand seventy two dollars and ten cents ($1,072.10) for printing fees. A true and correct copy of Defendant's Bill of Costs is attached hereto as Exhibit B.

3.     On March 6, 2006, the Court sent a letter to Plaintiff's counsel, directing them to file any objections to Defendant's Bill of Costs with fourteen (14) days. A true and correct copy of the Court's letter is attached hereto as Exhibit C.

4.     On March 21, 2006[1], Plaintiff filed a letter with the Court objecting to Defendant's Bill of Costs. A true and correct copy of Plaintiff's letter is attached hereto as Exhibit D.

5.     In opposition to Defendant's Bill of Costs, Plaintiff claims that the court reporter fees sought appear excessive and requests additional documentation substantiating same. (Id.) Attached hereto as Exhibit E are true and correct copies of the invoices for the court reporter for deposition transcripts which were used in Defendant's Motion for Summary Judgment, including:

| | |
|---|---|
| Transcript from the 1/17/03 Deposition of Harry Kay | $941.85 |
| Transcript from the 1/31/03 Deposition of Harry Kay | $812.50 |
| Transcript from the Deposition of Ron Gilg | $828.69 |
| Transcript from the Deposition of Howard Gilpin | $454.00 |
| Transcript from the Deposition of Dennis Foley | $132.00[2] |
| Transcript from the Deposition of Donna Bennett | $310.75 |
| Total | $3,479.79 |

6.     Also in opposition to Defendant's Bill of Costs, Plaintiff claims that the printing fees sought appear excessive and requests additional documentation

---

[1]    Plaintiff's letter is dated March 20, 2006, but was not filed until March 21, 2006. Per the Court's March 6, 2006 letter, Plaintiff was to file any objections within 14 days, or by March 20, 2006. Thus, the filing was one day late.

[2]    Defendant's Bill of Costs inadvertently reflected the cost of Mr. Foley's deposition transcript as $135.00, when in fact it was $132.00. For this reason, Defendant reduces the total amount of costs sought for deposition transcripts by $3.00 to $3,479.79 and the overall costs sought to $4,551.89.

substantiating same.  Attached hereto as Exhibit F are true and correct copies of records documenting the printing costs incurred by Defendant in conjunction with its Motion for Summary Judgment totaling $1,072.10.

       7.     The costs sought by Defendant are well-documented, reasonable and within the scope of Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

       For the foregoing reasons, Defendant Independence Blue Cross respectfully requests that the Court enter a judgment taxing costs upon Plaintiff as set forth in Defendant's Bill of Costs.

Respectfully submitted,

 /s/ Pam R. Jenoff              
Steven R. Wall (#39012)
Pam R. Jenoff (#87821)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.4928/5546

Attorneys for Defendant
Independence Blue Cross

Date:  April 3, 2006

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY KAY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS, | : | No. 02-3157 |
| Defendant. | : | |

### ORDER

**AND NOW**, this        day of **May, 2003**, upon consideration of Defendant Independence

Blue Cross's Motion for Summary Judgment, Plaintiff Harry Kay's response thereto, Plaintiff's

Addendum to its Memorandum of Law, and following oral argument, and for the foregoing reasons,

it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Document No. 12) is **GRANTED**.
   Summary judgment is entered in favor Defendant Independence Blue Cross and
   against Plaintiff Harry Kay.

2. The Clerk of Court is directed to close this case for statistical purposes.


**BY THE COURT:**


_____

**Berle M. Schiller, J.**

**EXHIBIT B**

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRY KAY

v.                                                                    } CIVIL ACTION NO.
                                                                        02-3157
INDEPENDENCE BLUE CROSS

### BILL OF COSTS

Judgment having been entered in the above action on the 16th day of MAY, 2003, against HARRY KAY, the clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk | _____ |
| Fees of the marshal | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $3,482.79 _____ |
| Fees and disbursements for printing | $1,072.10 _____ |
| Fees for witnesses (itemized on reverse side) | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in case | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs incident to taking of depositions. | _____ |
| Cost as shown on Mandate of Court of Appeals | _____ |
| *Other Costs (Please itemize)* | _____ |
| | _____ |
| | _____ |
| Total | $4,554.89 _____ |

### DECLARATION

I certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to JONATHAN J. JAMES with postage fully prepaid thereon.

Signature of Attorney: _____

Steven R. Wall
Counsel for Defendant

Dated: _____ 5/21/03 _____

Costs are hereby taxed in the amount of $_____ this _____ day of _____ 2003, and that amount included in the judgment.

By

Clerk
_____

_____
Deputy Clerk

**NOTE:  SEE REVERSE SIDE FOR AUTHORITIES ON TAXING COSTS.**

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | Mileage | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924.  Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54(d)

"Except when express provisions therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215-597-9221

March 6, 2006

Arthur B. Jarrett, Esquire
Jonathan J. James, Esquire
James & Jarrett
Stephen Girard Building, 9th Floor
21 South 12th Street
Philadelphia, PA 19107

RE:     Kay v. Independence Blue Cross,
        Civil Action Number: 02-cv-3157

Dear Counselors:

This is in regard to the bill of costs filed on 5/27/2003 by Steven R. Wall, Esquire on behalf of the prevailing party in the above captioned case, Defendant, in the amount of $4,554.89. You, or your firm, represented the non-prevailing party, Plaintiff in this case.

No objections to the bill of costs in the above captioned case have been filed by your office. Accordingly, unless within fourteen (14) days of the date of this letter written objections to the bill of costs are filed by you, with a copy of your objections furnished to opposing counsel, it shall be assumed that there are no objections to taxing costs as requested in favor of the prevailing party, and allowable costs as itemized under the governing statute, 28 U.S.C. § 1920, shall be taxed in favor of the prevailing party "as of course", pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Upon receipt of any written objections, opposing counsel will have an additional fourteen (14) days to file a response to your objections. Thereafter, a written taxation opinion, and, if appropriate, a judgment, will be entered in my office. Please send any objections to Michael E. Kunz, Clerk of Court, 601 Market Street, Room 2609, Philadelphia, PA 19106, **Attn: Leesa B. Erickson.**

Thank you for your time and attention to this matter.

Very truly yours,

Michael E. Kunz
Clerk of Court

cc:    Amelia Dealy Haverstick, Esquire
       Pam R. Jenoff, Esquire
       Steven . Wall, Esquire

# EXHIBIT D

# JAMES, JARRETT & SCHWARTZ
## PROFESSIONAL CORPORATION

Stephen Girard Building • 21 South 12th Street • 9th Floor • Philadelphia • PA 19107  Tel (215)751-9865  Fax (215)751-0658
email: wschirrmacher@jjslawfirm.com

March 20, 2006

Mr. Michael Kunz
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
United States Courthouse
Philadelphia, PA 19106

Attn: Leesa B. Erickson

    Re:  Harry Kay v. Independence Blue Cross
        U.S.D.C. Civil Action No:02-3157

Dear Mr. Kunz:

Please accept this correspondence as an objection to Defendants' Bill of Costs in the above captioned matter.

As an initial matter, the $1,072.10 corresponding to "Fees and disbursements for printing" appears excessive in light of the circumstances relating to this matter. Additionally, the "Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case" in the amount of $3,482.79 appears similarly excessive.

Counsel for Plaintiff Harry Kay, therefore, requests additional documentation corresponding to and substantiating Defendants' Bill of Costs in the amount of $4,554.89.

                Respectfully,

                JAMES, JARRETT & SCHWARTZ, P.C.

By: _____
                Walter D. Schirrmacher, Esquire

WDS/klj
cc: Steven R. Wall, Esquire

# EXHIBIT E

# Invoice

## CHARLES P. CARMODY & ASSOCIATES

## COURT REPORTING SERVICES

*PO BOX 525  *  AMBLER, PA  19002  **
*(215)646-2599 (O)  *  (215)542-8650 (F)  *  DEPOSITION 1 @ COMCAST.NET*
**FED TAX ID NO.**  23-3077255

| DATE | INVOICE # |
|------|-----------|
| 1/24/2003 | 101611 |

### BILL TO

Amanda Dealy Haverstick, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103

| TERMS |
|-------|
| 30 DAYS NET |

| Service Date | Item | Witness/Case | Amount |
|--------------|------|--------------|--------|
| 1/17/2003 | Org. & 1 Copy | Original & 1 Copy.  EXPEDITE. | 931.00 |
| | | USDC, East. Dist. of Pa.  No. 02-CV-3151 | |
| | | Kay v. Independence Blue Cross | |
| | | Deposition of HARRY KAY.  Held at the law offices of Morgan, | |
| | | Lewis & Bockius, 1701 Market St., Phila., Pa. | |
| | | 190 total pages. | |
| | App. Fee | Appearance Fee.  NO CHARGE. | 0.00 |
| | Minuscript | Minuscript. NO CHARGE. | 0.00 |
| | Exhibits | 31 Exhibit Copies | 10.85 |
| | S&H | Shipping & Handling.  NO CHARGE. | 0.00 |

Thank you for your loyal patronage.  Fed. I.D. No. 23-3077255

## Total

$941.85

# CHARLES P. CARMODY & ASSOCIATES

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/17/2003 | 101647 |

**COURT REPORTING SERVICES**
*PO BOX 525   *   AMBLER, PA   19002*
*(215) 646-2599 (OFFICE)   *   (215) 5~~ ~~ (FAX)   ***
*DEPOSITION 1 @ COMCAST.NET*

FED. TAX ID. NO. 23-3077255

**BILL TO**

Amanda Dealy Haverstick, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103

| TERMS |
|-------|
| 30 DAYS NET |

| Service Date | Item | Witness/Case | Amount |
|---|---|---|---|
| 1/31/2003 | Org. & 1 Copy | Original & 1 Copy.  RE: Harry Kay v. IBC.  USDC, Eastern District. NO. 02-CV-3151.  Continued deposition of HARRY KAY. Held at MLB., Phila., PA.  220 pages | 715.00 |
| | App. Fee | Attendance/Appearance Fee.  NO CHARGE. | 0.00 |
| | Minuscript | Minuscript. NO CHARGE. | 0.00 |
| | ASCII Disk | ASCII Disk of Transcript Proceedings.  NO CHARGE. | 0.00 |
| | E-Delivery | E-Mail ASCii Files.  NO CHARGE. | 0.00 |
| | Exhibits | 155 Exhibit Copies | 77.50 |
| | S&H | Shipping & Handling | 20.00 |

Thank you for your loyal patronage.  Fed. I.D. No. 23-3077255

**Total**     $812.50

## CAPITAL LEGAL SERVICES

# INVOICE

1431 Lombard Street
Philadelphia, PA 19146
NEW (215) 732-0800
Toll Free: (800) 760-2626

| DATE | INVOICE NO. |
|------|-------------|
| 3/11/2003 | 030603AH101 |

| Bill To : | Case Caption : |
|-----------|----------------|
| Amanda D. Haverstick, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 | Harry Kay vs. Independence Blue Cross |

| Date Taken | Terms | Payment Due |
|------------|-------|-------------|
| 03/06/03 | Due on receipt | 3/11/2003 |

| Item | Description | Number of Pages |
|------|-------------|-----------------|
| Copy | Expedited/Deponent(s): Howard Gilpin, Jr. | 101 |
| ASCII Disc | ASCII Disc | 1 |
| Condensed | Condensed and Word Index | 1 |
| S & H | Shipping and Handling | 1 |
| | | |
| Credit Cards | Visa_____<br>MasterCard_____<br>American Express_____<br>Card Holders Name_____<br>Card #:_____<br>Exp Date:_____<br>Signature:_____ | |

Federal Tax Identification No.: 72-1519320
1.5% finance charge on all balances over 30 days.

| **Total** | |
|-----------|--|
| | $454.00 |



# Class Act Reporting Agency

*Registered Professional Reporters*

# INVOICE

**DATE:**       03/10/2003
**INVOICE #**   ADH031003-1

1420 Walnut Street, Suite 1212
Philadelphia, PA  19103
Phone: (215) 928 9760   Fax: (856) 235-2811

47 Michaelson Drive
Mount Laurel, NJ  08054
Phone: (856) 235-5108  Fax: (856) 235-2811

**Bill To:**
**Amanda D. Haverstick, Esquire**
Morgan Lewis Bockius
1701 Market Street
Philadelphia, PA 19103

**For:**
**Harry Kay v. Independence Blue Cross**
Oral Depositions of :
Donna Bennett-113 pages
Dennis Foley-48 pages
Taken: February 13, 2003

**Held at:**
**Offices of James, Jarrett & Schwartz**
21 South 12th Street, 9th Floor
Philadelphia, Pennsylvania

| DESCRIPTION | PAGES | RATE P/P | AMOUNT |
|---|---|---|---|
| ONE COPY + MINUSCRIPT & ASCII (each deponent) | 161 | $2.75 | $442.75 |
| Appearance Fee | | | $          - |
| Copying of Exhibits | | | $          - |
| Delivery Charge | | | $3.00 |
| | | | |
| | | SUBTOTAL | $445.75 |
| | | TAX RATE | |
| | | SALES TAX | - |
| | | OTHER | - |
| | | TOTAL | $     445.75 |

SECOND NOTICE

Make all checks payable to **CLASS ACT REPORTING AGENCY**
FEDERAL TAX ID#:  22-3167931
Total due in 15 days. Overdue accounts subject to a service charge of 1% per month.
*PLEASE REMIT TO NJ OFFICE:  47 Michaelson Drive, Mt. Laurel, NJ  08054*

*Bennett  +3.00*
*113 pps @*
*$2.75 P/P =*
*310.75*
*Foley*
*48 pps @*
*2.75  132.00*



# CAPITAL LEGAL SERVICES

*1431 Lombard Street*
*Philadelphia, PA 19146*
*(800) 760-2626 toll free*
*(215) 732-4888 fax*

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2003 | 031203AH212 |

**PAID**

Amanda D. Haverstick, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

| Case Information |
|------------------|
| Harry Kay vs. Independence Blue Cross |

| Date Taken | Terms | Payment Due |
|------------|-------|-------------|
| 03/12/03 | Due on receipt | 3/31/2003 |

| Item | Description | QUANTITY |
|------|-------------|----------|
| Copy | Expedited/Deponent(s): Ronald Gilg | 193 |
| Exhibits | Exhibits Photocopied and Annexed | 89 |
| Condensed | Condensed and Word Index | 1 |
| ASCII Disc | ASCII Disc | 1 |
| S & H | Shipping and Handling | 1 |
| Credit Cards | Visa_____<br>MasterCard_____<br>American Express_____<br>Card Holders Name_____<br>Card #:_____<br>Exp Date:_____<br>Signature:_____ | |
| Transcript | Transcript sent without invoice | 2 |

Federal Tax Identification No.: 72-1519320
1.5% finance charge on all balances over 30 days.

**Total**      $828.69

# EXHIBIT F

**INDEPENDENCE BLUE CROSS**

MATTER 002157-1917

Expenses 03/01/03 - 05/20/03

| Date Worked | Invoice | Description | Quantity | Amount |
|---|---|---|---|---|
| 3/3/2003 | 533294 | Duplicating Usage 5 Copies | 5 | 0.50 |
| 3/3/2003 | 533294 | Duplicating Usage 40 Copies | 40 | 4.00 |
| 3/3/2003 | 533294 | Duplicating Usage 15 Copies | 15 | 1.50 |
| 3/4/2003 | 533294 | Duplicating Usage 501 Copies | 501 | 50.10 |
| 3/5/2003 | 533294 | Duplicating Usage 171 Copies | 171 | 17.10 |
| 3/5/2003 | 533294 | Duplicating Usage 18 Copies | 18 | 1.80 |
| 3/6/2003 | 533294 | Duplicating Usage 13 Copies | 13 | 1.30 |
| 3/7/2003 | 533294 | Duplicating Usage 27 Copies | 27 | 2.70 |
| 3/7/2003 | 533294 | Duplicating Usage 7 Copies | 7 | 0.70 |
| 3/7/2003 | 533294 | Duplicating Usage 129 Copies | 129 | 12.90 |
| 3/10/2003 | 533294 | Duplicating Usage 543 Copies | 543 | 54.30 |
| 3/11/2003 | 533294 | Duplicating Usage 232 Copies | 232 | 23.20 |
| 3/11/2003 | 533294 | Duplicating Usage 4 Copies | 4 | 0.40 |
| 3/11/2003 | 533294 | Duplicating Usage 102 Copies | 102 | 10.20 |
| 3/11/2003 | 533294 | Duplicating Usage 11 Copies | 11 | 1.10 |
| 3/12/2003 | 533294 | Duplicating Usage 11 Copies | 11 | 1.10 |
| 3/12/2003 | 533294 | Duplicating Usage 10 Copies | 10 | 1.00 |
| 3/14/2003 | 533294 | Duplicating Usage 22 Copies | 22 | 2.20 |
| 3/17/2003 | 533294 | Duplicating Usage 93 Copies | 93 | 9.30 |
| 3/17/2003 | 533294 | Duplicating Usage 40 Copies | 40 | 4.00 |
| 3/24/2003 | 533294 | Duplicating Usage 552 Copies | 552 | 55.20 |
| 3/25/2003 | 533294 | Duplicating Usage 138 Copies | 138 | 13.80 |
| 3/25/2003 | 533294 | Duplicating Usage 150 Copies | 150 | 15.00 |
| 3/25/2003 | 533294 | Duplicating Usage 1 Copy | 1 | 0.10 |
| 3/26/2003 | 533294 | Duplicating Usage 42 Copies | 42 | 4.20 |
| 3/26/2003 | 533294 | Duplicating Usage 2 Copies | 2 | 0.20 |
| 3/26/2003 | 533294 | Duplicating Usage 37 Copies | 37 | 3.70 |
| 3/27/2003 | 533294 | Duplicating Usage 14 Copies | 14 | 1.40 |
| 3/27/2003 | 533294 | Duplicating Usage 1 Copy | 1 | 0.10 |
| 3/28/2003 | 533294 | Duplicating Usage 140 Copies | 140 | 14.00 |
| 3/28/2003 | 533294 | Duplicating Usage 12 Copies | 12 | 1.20 |
| 3/31/2003 | 533294 | Duplicating Usage 1410 Copies | 1410 | 141.00 |
| 3/31/2003 | 533294 | Duplicating Usage 72 Copies | 72 | 7.20 |
| 3/31/2003 | 533294 | Duplicating Usage 396 Copies | 396 | 39.60 |
| 3/31/2003 | 533294 | Duplicating Usage 353 Copies | 353 | 35.30 |
| 4/1/2003 | 545201 | Duplicating Usage 1293 Copies | 1293 | 129.30 |
| 4/3/2003 | 545201 | Duplicating Usage 184 Copies | 184 | 18.40 |
| 4/15/2003 | 545201 | Duplicating Usage 875 Copies | 875 | 87.50 |
| 4/16/2003 | 545201 | Duplicating Usage 185 Copies | 185 | 18.50 |
| 4/16/2003 | 545201 | Duplicating Usage 423 Copies | 423 | 42.30 |
| 4/18/2003 | 545201 | Duplicating Usage 169 Copies | 169 | 16.90 |
| 4/18/2003 | 545201 | Duplicating Usage 216 Copies | 216 | 21.60 |
| 4/22/2003 | 545201 | Duplicating Usage 37 Copies | 37 | 3.70 |
| 4/23/2003 | 545201 | Duplicating Usage 1429 Copies | 1429 | 142.90 |
| 4/23/2003 | 545201 | Duplicating Usage 337 Copies | 337 | 33.70 |
| 4/25/2003 | 545201 | Duplicating Usage 13 Copies | 13 | 1.30 |
| 4/28/2003 | 545201 | Duplicating Usage 184 Copies | 184 | 18.40 |
| 4/30/2003 | 545201 | Duplicating Usage 18 Copies | 18 | 1.80 |
| 5/7/2003 | 552362 | Duplicating Usage 8 Copies | 8 | 0.80 |
| 5/8/2003 | 552362 | Duplicating Usage 36 Copies | 36 | 3.60 |
| | | | TOTAL: | $1,072.10 |

Prepared by L. Brackin

## CERTIFICATE OF SERVICE

I, Pam R. Jenoff, hereby certify that the Response of Defendant

Independence Blue Cross to Plaintiff's Opposition to Defendant's Bill of Costs was hand-

delivered on April 3, 2006 to:

Jonathan J. James, Esq.
James & Jarrett , P.C.
Stephen Girard Building, 9th Floor
21 South 12th Street
Philadelphia, PA 19107


/s/ Pam R. Jenoff
Pam R. Jenoff