IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY KAY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **INDEPENDENCE BLUE CROSS** | : | **NO. 02-3157** |

## JUDGMENT

**AND NOW**, this           day of ,                 2006, judgment is hereby entered in favor of defendant Independence Blue Cross and against plaintiff Harry Kay in the amount of $4,554.89.

S/ Michael E. Kunz<br>
**MICHAEL E. KUNZ**<br>
**CLERK OF COURT**