# IN THE UNITED STATES DISTRICT COURT FOR THE  EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY KAY | : | JURY DEMANDED |
| *Plaintiff* | : | |
| 813 South Hancock Street | : | |
| Philadelphia, PA  19147-3440 | : | |
| | : | NO:  02-CV-3157 |
| v. | : | |
| | : | |
| INDEPENDENCE BLUE CROSS | : | |
| *Defendant* | : | |
| 1901 Market Street | : | |
| Philadelphia, PA 19103 | : | |

## WITHDRAWL OF APPEARANCE

Kindly withdraw our appearance as Counsel for Plaintiff in the above captioned matter.


    /S/ Arthur Jarrett (ABJ 6474)               /s/ Jonathan James (JJJ 6405)

ARTHUR B. JARRETT, ESQUIRE        JONATHAN J. JAMES, ESQUIRE
Attorney I.D. #61953                     Attorney I.D. #64534
Stephen Girard Building                 Stephen Girard Building
21 South 12th St., 9th Floor           21 South 12th St., 9th Floor
Philadelphia, PA 19107                 Philadelphia, PA 19107
(215) 751–9865                         (215) 751–9865
COUNSEL FOR THE PLAINTIFF      COUNSEL FOR THE PLAINTIFF


Date: June 19, 2006